

Lacy H. Sapp, PhD
lsapp@stokes-associates.com
Direct Dial: 504.608.6923

October 24, 2019

Chris Casio, Esq.
Dudley DeBosier
1075 Government St.
Baton Rouge, LA 70802

***VIA U.S. MAIL AND E-MAIL:*** *ccascio@dudleydebosier.com*

                       RE:     Marnita Sheperd
My File Number:     LS19516

Dear Mr. Cascio:

On 09/23/19, I met with Ms. Marnita Sheperd for the purpose of conducting a life care plan assessment. The following report is based on a clinical interview with Ms. Sheperd, consultation with Dr. Shamieh and Dr. Graham, a review of available records provided by your office, as well as the results of research. The report is organized in the following sections: **Introduction, Clinical Interview, Analysis of Records Reviewed** and **Life Care Plan**. Prior to the interview, Ms. Sheperd was asked to review a Privacy Notice regarding disclosure of medical information and a Professional Disclosure and Declaration of Practices and Procedures. She was informed that she was being seen for an assessment only, that there was no client/counselor relationship, and that a report would be generated. The following records were received and reviewed:

***RECORDS RECEIVED AND REVIEWED:***

1. Medical records from Sonnier Chiropractic Clinic;

2. Medical records from Baton Rouge Outpatient Fluoroscopic Services;

3. Medical records from NovaMed Surgery Center of Baton Rouge;

4. Medical records from DISC of Louisiana (K. Samer Shamieh, MD);

5. Medical records from Van Wormer HealthCare Clinic (George Van Wormer, DC, Bipasha Nath, MD and Gina Dean, MD);

6. Medical records from Imaging Center of Louisiana;

Chris Cascio, Esq.
RE: Marnita Sheperd
Page 2 of 10

7. Medical records from The Spine Diagnostic Pain & Treatment Center (Sean Graham, MD);

8. Pharmacy records from Walgreens;

9. Pharmacy records from Walmart;

10. Medical records from Assure Neuromonitoring Louisiana, LLC;

11. Medical records from Avala Hospital;

12. Medical records from YPS Anesthesia;

13. Medical records from Baton Rouge Anesthesia Services;

14. Medical records from Quantum Laboratories;

15. Answers to Interrogatories;

16. Deposition of Marnita Sheperd, taken on 07/23/19.

## INTRODUCTION:

**Reason for Referral:**
Ms. Marnita Sheperd is a 57-year-old woman (date of birth 05/11/62), who was involved in a motor vehicle collision on 11/23/17, resulting in injuries to her neck and back. Since that time, she has participated in medical treatment and rehabilitation. I was asked to conduct a life care plan assessment to determine costs associated with Ms. Sheperd's future medical care needs related to her injuries sustained on 11/23/17.

**Pertinent History:**
Ms. Sheperd resides in Marrero, Louisiana. She holds a valid, regular Louisiana driver's license and is capable of operating automatic-transmission vehicles. She reported difficulty driving long distances and with turning, due to pain. Ms. Sheperd is approximately 5'10" tall, weighs approximately 185 lbs., and she is right-hand dominant. She reported that she has lost approximately 30 lbs. since her injury.

## CLINICAL INTERVIEW:

**History of Presenting Problems (per Ms. Sheperd):**
Following the motor vehicle collision, Ms. Sheperd participated in chiropractic treatment with Dr. Sonnier and then Dr. Van Wormer. She then began treating with Dr. Graham, who performed radiofrequency ablations in her neck and back. Ms. Sheperd was evaluated by Dr. Shamieh, who

Chris Cascio, Esq.
RE: Marnita Sheperd
Page 3 of 10

performed neck surgery on 05/07/19. Ms. Sheperd remains under the care of Dr. Graham and Dr. Shamieh, and she is currently being prescribed Percocet 10/325 mg and Gabapentin 300 mg.

**Reported Physical Limitations:**
Ms. Sheperd reported experiencing pain in her neck and low back, as well as headaches. She reported that prolonged activity increases her pain and radiofrequency ablations and medications help to decrease her pain. Ms. Sheperd reported limitations with prolonged sitting, standing and walking, bending, lifting, climbing, balancing, stooping, kneeling, crouching, crawling, twisting, reaching, as well as decreased handling and grip strength and fine finger manipulation. She reported experiencing numbness and tingling in her hands and left arm. Ms. Sheperd noted experiencing reduced energy and stamina, as well as difficulty falling asleep. She reported difficulty with performing activities of daily living including cleaning, cooking, and doing laundry. Ms. Sheperd noted that she needs to alternate her positions and limit her activity throughout the day.

**Unrelated Medical History:**
Ms. Sheperd reported being diagnosed with diabetes and hypertension.

**Education and Training:**
Ms. Sheperd graduated from McDonough 35 High School in 1980. She obtained a certification of completion in security in the 1980's. Ms. Sheperd noted having adequate computer skills.

**Work History:**
Ms. Sheperd reported working as a *security guard* for approximately 30 years.

At the time of her injury, Ms. Sheperd was working as a *prison cadet* and as an *Uber driver*. Since her injury, she reported working full-time as a *security guard* for approximately one year.

## ANALYSIS OF RECORDS REVIEWED:

**Date of Injury:** 11/23/17

**Type/Location of Injury:** Motor vehicle collision/neck and back

**Medical Opinions Reviewed:**

**Sonnier Chiropractic Clinic:**
From 12/20/17 through 02/19/18, Ms. Sheperd participated in chiropractic treatment at Sonnier Chiropractic Clinic.

**Van Wormer Healthcare Clinic (George Van Wormer, DC, Bipasha Nath, MD and Gina Dean, MD);**
On 05/07/18, Ms. Sheperd was evaluated by Dr. Nath. Dr. Nath noted a diagnosis of cervical and lumbar sprain/strain; cervical and lumbar radiculopathy; myospasm; right knee sprain; and left trapezius strain. She noted that Ms. Sheperd's injuries were more probably than not due to the

Chris Cascio, Esq.
RE: Marnita Sheperd
Page 4 of 10

motor vehicle collision on 11/23/17. She prescribed medications and advised that Ms. Sheperd continue treatment with Dr. Van Wormer.

On 06/26/18, Ms. Sheperd was evaluated by Dr. Dean. Dr. Dean noted a diagnosis of cervical intervertebral disc syndrome and cervical spondylosis. She advised that Ms. Sheperd continue treatment with Dr. Van Wormer.

From 09/27/18 through 02/05/19, Ms. Sheperd continued to treat with Dr. Dean and participate in chiropractic treatment with Dr. Van Wormer.

**Sean Graham, MD:**
On 03/15/18, Ms. Sheperd began treating with Dr. Graham for neck and low back pain. Dr. Graham noted a diagnosis of left cervical radiculopathy and lumbar spondylosis. He noted that Ms. Sheperd had no pre-existing history of cervical or lumbar pain complaints prior to the motor vehicle collision. Based on her history, physical examination, imaging and proximity of onset of pain, it was more likely than not her current cervical and lumbar spine problems, and the recommended treatment, was causally related to the motor vehicle collision on 11/23/17. He recommended a cervical epidural steroid injection, which was performed on 04/02/18.

On 04/17/18, Dr. Graham recommended a repeat cervical epidural steroid injection for sustained improvement, which was performed on 05/22/18.

On 07/26/18, Dr. Graham recommended a cervical dorsal medial branch block on the left at C4-7 and if effective, he noted that he would consider a radiofrequency ablation.

On 08/29/18, Dr. Graham performed a cervical dorsal medial branch block on the left at C4-7.

On 09/11/18, Dr. Graham recommended proceeding with a cervical radiofrequency ablation. He indicated that if this was ineffective, Ms. Sheperd's next option would be surgical evaluation. Dr. Graham noted that he would consider lumbar facet injections/dorsal medial branch blocks once her neck pain improved.

On 10/09/18, Dr. Graham performed a cervical dorsal medial branch radiofrequency ablation on the left at C4-7.

On 11/20/18, Dr. Graham noted that Ms. Sheperd did not experience significant relief following the radiofrequency ablation; therefore, he referred her for a surgical evaluation. He recommended proceeding with a bilateral lumbar dorsal medial branch block at L3-5 and if this was effective, he noted that he would consider a radiofrequency ablation.

On 12/18/18, Dr. Graham performed a bilateral lumbar dorsal medial branch block at L3-5.

On 01/08/19, Dr. Graham performed a bilateral lumbar dorsal medial branch radiofrequency ablation at L3-5.

Chris Cascio, Esq.
RE: Marnita Sheperd
Page 5 of 10

### *Consultation with Dr. Graham:*
Consultation was held with Dr. Graham on 10/21/19 to obtain his opinions regarding Ms. Sheperd's future medical care needs as a result of her injuries sustained on 11/23/17. Dr. Graham opined that Ms. Sheperd will more probably than not need bilateral lumbar radiofrequency ablations every nine to 12 months for a duration of five to 10 years. At that time, he indicated that she will likely need to be evaluated by a spine surgeon to determine if she is a candidate for surgery. With regard to her cervical spine, Dr. Graham noted that Ms. Sheperd obtained minimal relief from cervical procedures; therefore, he noted that she will likely need medication management, including pain management follow-up visits, medications and urine drug screens, through life expectancy. He indicated that Ms. Sheperd will likely need two courses of chiropractic treatment every three years to include 16 visits for the neck and 16 visits for the back through life expectancy. Dr. Graham's recommendations are outlined in the life care plan section of this report.

### K. Samer Shamieh, MD:
On 02/01/19, Ms. Sheperd began treating with Dr. Shamieh for neck pain with radiation down the bilateral arms and low back pain with radiation down the bilateral lower extremities. Dr. Shamieh noted a diagnosis of cervical and lumbar radiculopathy; cervical and lumbar sprain; cervicalgia; lumbago; cervical stenosis; and cervical herniated nucleus pulposes with myelopathy. He recommended an ACDF at C5-7, which was performed on 05/07/19.

### *Consultation with Dr. Shamieh:*
Consultation was held with Dr. Shamieh on 10/09/19 to obtain his opinions regarding Ms. Sheperd's future medical care needs as a result of her injuries sustained on 11/23/17. With regard to the cervical fusion performed on 05/07/19, Dr. Shamieh noted that Ms. Sheperd will likely need four additional post-operative spine surgeon visits, with X-rays at each visit, as well as post-operative physical therapy. He opined that Ms. Sheperd will more probably than not need an adjacent level cervical fusion in approximately 19 years following the cervical fusion performed on 05/07/19. He indicated that she will likely need pre-operative laboratory testing and diagnostic imaging, as well as post-operative spine surgeon follow-up visits, physical therapy and medications. With regard to her lumbar spine, Dr. Shamieh recommended that Ms. Sheperd continue to undergo radiofrequency ablations with Dr. Graham. Dr. Shamieh's recommendations are outlined in the life care plan section of this report.

### LIFE CARE PLAN

Life care planning involves consideration of recommendations from physicians and allied health professionals to determine an individual's current and future medical needs related to an event or occurrence. The medical recommendations considered in a Life Care Plan are those recommendations that are deemed a medical necessity with greater than 50% chance of being needed. In order to accurately fund future care, the frequency and duration of recommended treatment needs to be determined.

Chris Cascio, Esq.
RE: Marnita Sheperd
Page 6 of 10

The following are costs associated with Ms. Sheperd's medical care needs and are specific to her treatment as a result of her injuries sustained on 11/23/17. The recommendations are based on a review of medical records, consultation with Dr. Graham and Dr. Shamieh and information gathered during her interview. This is a dynamic document and amendments can be made at any time based on Ms. Sheperd's changing needs or additional information.

### *SURGERIES/PROCEDURES:*

| Service or Item | Purpose | Duration | Frequency | Total Cost/Unit Cost | Comments |
|---|---|---|---|---|---|
| Adjacent Level Cervical Fusion | Pain Management | To occur in 19 years | Once | $134,214.56* | Per Dr. Shamieh to occur in 19 years following the 2019 cervical fusion. |
| Bilateral Lumbar RFA | Pain Management | 5-10 years | 5-13 total (Based on every 9-12 months) | $56,555.00 - $147,043.00* (Based on $11,311.00/RFA) | Per Dr. Graham |

*One-time only or short-term cost

***Subtotals for Surgeries/Procedures:***
***Short term/One-time costs: $190,769.56 - $281,257.56***

### *FUTURE MEDICAL CARE, ROUTINE:*

| Service or Item | Purpose | Duration | Frequency | Cost/Unit | Cost/Year | Comments |
|---|---|---|---|---|---|---|
| Spine Surgeon | Post-Operative (2019 Cervical Fusion) | Life Expectancy | 4 visits total | $1,400.00* (Based on $350.00/visit) | N/A | Per Dr. Shamieh. |
| Spine Surgeon | Post-Operative (Adjacent level fusion) | Life Expectancy | 6 visits total | $2,100.00* (Based on $350.00/visit) | N/A | Per Dr. Shamieh. |
| Spine Surgeon | Surgical Consultation | Life Expectancy | Once | $350.00* | N/A | Per Dr. Graham, once Ms. Sheperd has completed the lumbar RFA's. |
| Pain Management Physician | Routine Care | Life Expectancy | 4 visits/year | $200.00/visit | $800.00 | Per Dr. Graham. |

*One-time only or short-term cost

***Subtotals for Future Medical Care, Routine:***
***Short term/One-time costs: $3,850.00***
***Annual costs: $800.00***

### PROJECTED EVALUATIONS:

| Service or Item | Purpose | Duration | Frequency | Cost/Unit | Cost/Year | Comments |
|---|---|---|---|---|---|---|
| Physical Therapy | Post-Operative (2019 Cervical Fusion) | Life Expectancy | Once | $120.00 - $170.00* | N/A | Per Dr. Shamieh. |
| Physical Therapy | Post-Operative (Adjacent Level Fusion) | Life Expectancy | Once | $120.00 - $170.00* | N/A | Per Dr. Shamieh. |
| Chiropractor | Routine Care | Life Expectancy | 2 courses every 3 years | $65.00 - $180.00 | $43.33 - $120.00 | Per Dr. Graham. |

*One-time only or short-term cost

*Subtotals for Projected Evaluations:*
*Short term/One-time costs: $240.00 - $340.00*
*Annual costs: $43.33 - $120.00*

### THERAPEUTIC MODALITIES:

| Service or Item | Purpose | Duration | Frequency | Cost/Unit | Cost/Year | Comments |
|---|---|---|---|---|---|---|
| Physical Therapy | Post-Operative (2019 Cervical Fusion) | Life Expectancy | 16-36 visits total | $1,200.00 - $3,240.00* (Based on $75.00 - $90.00/visit) | N/A | Per Dr. Shamieh. |
| Physical Therapy | Post-Operative (Adjacent Level Fusion) | Life Expectancy | 16-36 visits total | $1,200.00 - $3,240.00* (Based on $75.00 - $90.00/visit) | N/A | Per Dr. Shamieh. |
| Chiropractor | Routine Care | Life Expectancy | 32 visits every 3 years (Based on 16 visits for the neck and 16 visits for the back) | $55.00 - $75.00/visit | $586.67 - $800.00 | Per Dr. Graham. |

*One-time only or short-term cost

*Subtotals for Therapeutic Modalities:*
*Short term/One-time costs: $2,400.00 - $6,480.00*
*Annual costs: $586.67 - $800.00*

Chris Cascio, Esq.
RE: Marnita Sheperd
Page 8 of 10

### *LABORATORIES/DIAGNOSTICS:*

| Service or Item | Purpose | Duration | Frequency | Cost/Unit | Cost/Year | Comments |
|---|---|---|---|---|---|---|
| CBC | Pre-Operative (Adjacent Level Fusion) | Life Expectancy | Once | $46.75 - $60.16* | N/A | Per Dr. Shamieh. |
| CMP | Pre-Operative (Adjacent Level Fusion) | Life Expectancy | Once | $27.40 - $88.07* | N/A | Per Dr. Shamieh. |
| PT/PTT | Pre-Operative (Adjacent Level Fusion) | Life Expectancy | Once | $71.25 - $105.00* | N/A | Per Dr. Shamieh. |
| Urinalysis | Pre-Operative (Adjacent Level Fusion) | Life Expectancy | Once | $24.56 - $35.00* | N/A | Per Dr. Shamieh. |
| EKG | Pre-Operative (Adjacent Level Fusion) | Life Expectancy | Once | $75.00 - $110.00* | N/A | Per Dr. Shamieh. |
| Chest X-Ray | Pre-Operative (Adjacent Level Fusion) | Life Expectancy | Once | $200.00 - $595.00* | N/A | Per Dr. Shamieh. |
| Cervical X-Ray | Post-Operative (2019 Cervical Fusion) | Life Expectancy | 4 total | $2,616.00 - $3,812.00* (Based on $654.00 - $953.00) | N/A | Per Dr. Shamieh. |
| Cervical X-Ray | Post-Operative (Adjacent Level Fusion) | Life Expectancy | 6 total | $3,924.00 - $5,718.00* (Based on $654.00 - $953.00) | N/A | Per Dr. Shamieh. |
| Cervical MRI | Routine Care | Life Expectancy | 1 total | $1,336.00 - $3,806.00 | N/A | Per Dr. Graham. |
| Lumbar MRI | Routine Care | Life Expectancy | 2 total | $2,962.00 - $7,134.00* (Based on $1,481.00 - $3,567.00) | N/A | Per Dr. Graham. |
| Urine Drug Screen | Routine Care | Life Expectancy | 1/year | $228.00 - $545.00 | $228.00 - $545.00 | Per Dr. Graham. |

*One-time only or short-term cost

**Subtotals for Laboratories/Diagnostics:**
***Short term/One-time costs: $11,282.96 - $21,463.23***
***Annual costs: $228.00 - $545.00***

Chris Cascio, Esq.
RE: Marnita Sheperd
Page 9 of 10

### MEDICATIONS:

The medications outlined below are based on Ms. Sheperd's current medications regimen and may change in the future based on her changing needs.

| Medication | Dosage | Duration | Frequency | Cost/Unit | Cost/Year | Comments |
|---|---|---|---|---|---|---|
| Percocet | 10/325 mg | 3 months | 4-6 tablets/day | $878.40 - $1,323.00* (Based on $2.44 - $2.45/tablet) | N/A | Per Dr. Shamieh following the adjacent level fusion. |
| Dulcolax | 5 mg | 3 months | 1 tablet/day | $13.50 - $27.00* (Based on $0.15 - $0.30/tablet) | N/A | Per Dr. Shamieh following the adjacent level fusion. |
| Flexeril | 10 mg | 3 months | 3 tablets/day | $129.60 - $186.30* (Based on $0.48 - $0.69/tablet) | N/A | Per Dr. Shamieh following the adjacent level fusion. |
| Gabapentin | 300 mg | Life Expectancy | 2 tablets/day | $0.63 - $1.23/tablet | $459.90 - $897.90 | Per Dr. Graham. |

*One-time only or short-term cost

**Subtotals for Medications:**
**Short term/One-time costs: $1,021.50 - $1,536.30**
**Annual costs: $459.90 - $897.90**

### SUMMARY OF COSTS:                     **Low**              **High**

One-Time Only/Short-Term Costs:           $209,564.02          $314,927.09

Annual Costs:                             $2,117.90            $3,162.90

According to the National Vital Statistics Reports, the expectation of remaining life at age 57 for females is **27.2 years**. This life expectancy has been used to demonstrate the total future medical costs noted below. The total costs are based on current costs for services/items, assuming the annual costs are necessary through life expectancy. These costs have not been adjusted to include rate of inflation or discounted value.

Chris Cascio, Esq.
RE: Marnita Sheperd
Page 10 of 10

| Total Costs Summary: | Low | High |
|---|---|---|
| Surgeries/Procedures: | $190,769.56 | $281,257.56 |
| Future Medical Care, Routine: | $25,610.00 | $25,610.00 |
| Projected Evaluations: | $1,418.58 | $3,604.00 |
| Projected Therapeutic Modalities: | $18,357.42 | $28,240.00 |
| Labs/Diagnostics: | $17,484.56 | $36,287.23 |
| Medications: | $13,530.78 | $25,959.18 |
| **Total Costs:** | **$267,170.90** | **$400,957.97** |

This cost analysis represents requirements as I understand them, as determined through research with suppliers, vendors, care providers, and others. This cost analysis is a dynamic document and can be amended at any time, based on Ms. Sheperd's changing needs and additional information.

Thank you for the opportunity to assist in this matter, and should you require any additional information or assistance, please do not hesitate to contact me.

Sincerely,

Lacy H. Sapp, PhD
Licensed Rehabilitation Counselor #649
Licensed Professional Counselor #2478
Licensed Marriage/Family Therapist #727
Certified Rehabilitation Counselor # 00043667
National Certified Counselor #67786
Certified Life Care Planner #0934